```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

ZURU LLC and ZURU INC.,

                Applicants.

22-mc-184 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Upon the Application for the Issuance of Subpoenas *Ad Testificandum* and Subpoenas *Duces Tecum* Pursuant to 35 U.S.C. § 24 to CBS Broadcasting, Inc. and the reasons delineated therein, which Application was filed by Zuru LLC and Zuru Inc., Petitioners (the "Application"), it is hereby:

ORDERED that the Application is GRANTED, and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Produce Documents attached as Exhibit A to the Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on CBS Broadcasting, Inc., and it is further

ORDERED that the Clerk of the Court shall execute a copy of the Subpoena to Testify at a Deposition attached as Exhibit B to the Application and provide said executed copy to counsel for the Petitioners, Zuru LLC and Zuru Inc., for service on CBS Broadcasting, Inc.

Dated:    July 20, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge